UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRACY YVETTE SCOTT,<br>Plaintiff, | §<br>§<br>§<br>§ |
| v. | §    CIVIL ACTION NO. 4:20-cv-02261<br>§ |
| MIKE BLOOMBERG 2020, INC.<br>Defendant, | §<br>§<br>§ |

## PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S FIRST AMENDED PETITION WITH ADDITIONAL EVIDENCE

TO THE HONORABLE COURT:

Tracy Yvette Scott, the plaintiff in the above entitled and numbered cause, moves for leave to supplement her First Amended Petition with additional evidence, the affidavit of a former Texas employee of Defendant, Bloomberg 2020 Inc., who was also on Bloomberg Texas campaign staff calls where campaign employees-after being employed-were promised employment until November 2020 by the Defendant's Texas campaign leadership, a copy of which is attached as Exhibit A and incorporated by reference. Leave to supplement this amended petition is requested by the plaintiff to establish key facts and fact witnesses for the matter being adjudicated in this court.

WHEREFORE, the plaintiff requests that this court enter an order granting leave to file the supplemental document attached as **Exhibit A.**

Respectfully submitted,

ROBINSON LAW GROUP, PLLC

**CARROL G. ROBINSON**
State Bar No. 17086900
Federal ID No. 15467
4203 Yoakum Blvd., Suite 310
Houston, Texas 77006
Telephone: (713) 526-2900
Telecopier: (713) 526-2902
Email: info@rlglawpllc.com
**Attorney for Plaintiff**

## ORDER SETTING HEARING DATE

IT IS ORDERED that the hearing on Plaintiff's motion for leave to supplement its First Amended Petition with additional evidence is set for _____ [*time*] on _____ [*date*], in the United States District Court Southern District of Texas, Houston Division.

Signed _____ [*date*].

_____

Judge Keith P. Ellison

Judge of the United States District Court

Southern District of Texas, Houston Division