United States District Court
Southern District of Texas
**ENTERED**
March 12, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRACY YVETTE SCOTT,  § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-2261 |
| § | |
| MIKE BLOOMBERG 2020, INC., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Plaintiff Tracy Scott brought this suit against Defendant Mike Bloomberg 2020, Inc. ("the Campaign") alleging that the Campaign promised to pay her through the November 2020 election, regardless of whether Bloomberg was the Democratic nominee, but then failed to do so following his withdrawal in March. Defendant moved to dismiss all claims for failure to state a claim. (Doc. 31.) After considering oral argument, the parties' written briefing, and relevant law, the Court dismissed all claims with prejudice. (Feb. 24, 2021 Minute Entry.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Mike Bloomberg 2020, Inc.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on March 11, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE